UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA



FILED
JUN - 8 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: 2:03CR00085-01 |
| ) | |
| Brian Frankenfield ) | |

## DISCHARGE AND DISMISSAL

## ON

## ORDER OF PREJUDGMENT PROBATION
## 18 USC 3607

The COURT hereby discharges defendant from the terms of supervision and dismisses those proceedings under which supervision has been ordered.

6-2-05
Date

John F. Moulds
United States Magistrate Judge

cc: Assistant United States Attorney

Rev. 01/2004
PREJUDG.DIS